**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMADO ESTEVEZ CANCINO, | ) No. CV 23-2590-JGB (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| FEDERAL CORRECTIONAL CENTER LOMPOC, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file, the Magistrate Judge's Report and Recommendation, and Petitioner's two separate Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted and the Petition is dismissed.

2. Petitioner's request for leave to amend the Petition is denied.

3. Judgment be entered consistent with this order.

4. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 25, 2024

JESUS G. BERNAL
U.S. DISTRICT JUDGE