JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO ESTEVEZ CANCINO,<br><br>            Petitioner,<br><br>      v.<br><br>FEDERAL CORRECTIONAL CENTER LOMPOC,<br><br>            Respondent. | Case No. CV 23-2590-JGB (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 25, 2024

JESUS G. BERNAL
U.S. DISTRICT JUDGE